**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**
**CRIMINAL DOCKET NO. 5:05CR9-3-RLV**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **vs.** | ) | **SCHEDULING ORDER** |
| | ) | |
| **SHONIKA GAIL ECKLES,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on the Judgment of the Fourth Circuit Court of Appeals, filed, July 24, 2009[1], remanding this case for resentencing.

**IT IS, THEREFORE, ORDERED THAT:**

1)   This matter is hereby scheduled for resentencing on **Monday, November 2, 2009, at 10:00 a.m.,** in the United States Courthouse, 200 West Broad Street, 2nd floor Courtroom, Statesville, North Carolina;

2)   The United States Marshal is directed to return Defendant to the Western District of North Carolina **on or before October 2, 2009**; and

3)   A copy of this Order shall be sent to the Defendant, Defense Counsel, United States Attorney, United States Marshal Service, United States Probation Office.

Signed: August 26, 2009

*Richard L. Voorhees*

Richard L. Voorhees
United States District Judge

---

[1] The mandate issued on August 17, 2009.