UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
DOCKET NO. 5:11CV68-RLV
5:05cr9-3RLV

| | |
|---|---|
| SHONIKA GAIL ECKLES )<br>Petitioner, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA )<br>Respondent. )<br>) | SCHEDULING ORDER |

**THIS MATTER** is before the Court upon Petitioner's claims of ineffective assistance of counsel during the plea negotiation phase of her criminal proceeding. More specifically, had she been properly counseled, she would have accepted a plea agreement rather than proceed to trial. The Court entered an order on May 16, 2014, that an Evidentiary Hearing will need to be held in order to resolve this issue.

**IT IS, THEREFORE, ORDERED** that:

The Bureau of Prisons and the United States Marshals Service is hereby ORDERED to transport and produce the body of SHONIKA GAIL ECKLES (USM# 19925-058), for an Evidentiary Hearing on September 2, 2014, at 3 PM, before the Honorable Richard L. Voorhees, in the Western District of North Carolina, Statesville Courthouse, 200 West Broad Street, 2nd Floor Courtroom, Statesville, North Carolina, not later than August 15, 2014, and upon completion of the Evidentiary Hearing, Defendant is to be returned to the custody of the Bureau of Prisons.

The Clerk is directed to certify copies of this Order to the United States Attorney,

Defendant's Counsel, the United States Marshal Service, and the United States Probation Office.

Signed: June 19, 2014

Richard L. Voorhees
United States District Judge